JAMES DOUGHERTY, Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURGH RAILROAD COMPANY, Appellant.

(Argued May 2, 1893 ; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made May 13, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial

*Hamilton Harris* for appellant.

*D. P. Morehouse* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.